# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JESUS ZAMBRANA, | ) | CASE NO. 4:06 CV 0337 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| WARDEN, T.R. SNEZEIK, | ) | |
| | ) | |
| Respondent. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243.

Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

_/s/ Donald C. Nugent 4/7/06_
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE